536 A.2d 337

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Van Curt OLVERSON, Petitioner.**

**No. 641 W.D. Allocatur Docket 1986.**

Supreme Court of Pennsylvania.

Jan. 19, 1988.

## ORDER

PER CURIAM.

AND NOW, this 19th day of January, 1988, the petition for allowance of appeal is hereby quashed. *See,* 42 Pa.C.S. § 9781(f).

LARSEN and McDERMOTT, JJ., dissent.